UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEVEN NELSON                                     )
                                                  )
      Plaintiff                           )          Case No.:   3:18-cv-278-CHB
                                                  )
v.                                                )
                                                  )
COSTCO WHOLESALE CORPORATION                      )
UNKNOWN DEFENDANTS and                            )
UNKNOWN EMPLOYEE OF COSTCO                        )
                                                  )
      Defendants                          )

* * * * *

## NOTICE OF REMOVAL

Defendant, Costco Wholesale Corporation, by counsel, hereby gives notice of removal of this action from Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

1.      An action has been commenced and is now pending in the Jefferson Circuit Court, Division 3, Civil Action No. 18-CI-01813 in which Steven Nelson is the Plaintiff and Costco Wholesale Corporation is one of the named Defendant.

2.      Plaintiff is now and was at the time of the commencement of this action a resident of Indiana. (*See* plaintiff's Complaint attached hereto as part of Exhibit 1).

3.      This action arises from an incident allegedly occurring on or about April 3, 2017, in Jefferson County, Kentucky. The Complaint alleges that the Plaintiff, Steven Nelson, was injured upon the premises of Defendant's business. (*See* plaintiff's Complaint, at 5-14). Costco Wholesale Corporation is now and was at the time of the commencement of this action, and at all times

pertinent hereto, a corporation organized and incorporated under the laws of the State of Washington with its principal place of business in Issaquah, Washington.

4.      Plaintiff alleges his damages exceed the jurisdictional amount required for an action in the Jefferson Circuit Court. Plaintiff further alleges that he suffered serious and permanent personal injuries. Plaintiff also alleges that he is entitled to recover past medical expenses, future medical expenses, and damages for past and future pain and suffering. (*See* plaintiff's Complaint at paragraph 14).

5.      Upon information and belief, the plaintiff will allege that the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs as mandated by 28 U.S.C. §§ 1332(b) and 1441(a). The undersigned has also conferred with counsel for plaintiff and has the authority to represent to the court that plaintiff stipulates that the amount of controversy exceeds $75,000, exclusive of interest and costs.

6.      The claims against the other defendants in the state court action are against "unknown" entities. Thus, their consent is not required to effectuate removal of this action.

7.      This action involves a controversy between citizens of different states, as plaintiff is a resident of Indiana, and the defendant, Costco Wholesale Corporation, is incorporated in Washington and has its principal place of business in Washington.  This Notice is filed within 30 days from the receipt by the Defendant, Costco Wholesale Corporation, through service of process, a copy of Plaintiff's initial Complaint and Summons.  Therefore, the time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not expired.

7.      Written notice of the filing of this Notice of Removal and the exhibits thereto were served to all parties.

2

8.      The pleadings filed to date in the underlying state court case are attached as Exhibit 2.

8.      A true and correct copy of this notice was electronically filed with the Clerk of the

Jefferson Circuit Court.


Respectfully submitted,


/s/ Donald K. Brown, Jr.
Donald K. Brown, Jr.
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street
Suite 2200
Louisville, Kentucky 40202
Phone:  (502) 585-4700
Fax:      (502) 585-4703
*Counsel for defendant,*
*Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was filed electronically with the Clerk of the of the Court by using the CM/ECF system, and served a copy by First Class Mail to the on this 2nd day of May, 2018, upon the following:

Alexander C. Wilson
WILSON LAW OFFICE
2721 Taylorsville Road
Louisville, KY  40205
*Counsel for Plaintiff*

Jefferson Circuit Court Clerk
Division 3
600 W. Jefferson St.
Louisville, KY 40202

                                         /s/ Donald K. Brown, Jr.
                                        Donald K. Brown

4