CASE NO**18CI01813**              JEFFERSON CIRCUIT COURT

DIVISION **THREE (3)**

STEVEN NELSON                                                              PLAINTIFF
201 East Elm Street
New Albany, IN 47150



FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
MAR 29 2018
BY _____
DEPUTY CLERK

v.                              **COMPLAINT**

                                                                                DEFENDANTS

COSTCO WHOLESALE CORPORATION C/M
999 Lake Drive
Issaquah, WA 98027

**JURY FEE PAID**

    SERVE: C T CORPORATION SYSTEM
        306 West Main Street, Suite 512
        Frankfort, Kentucky 40601

and

UNKNOWN DEFENDANTS  RAP

and

UNKNOWN EMPLOYEE OF COSTCO  RAP

\*\*\* \*\*\* \*\*\*

    Comes the Plaintiff, Steven Nelson, by counsel, and for his Complaint against the above-named Defendants, states as follows:

    1.    Plaintiff, is and at all times, relevant herein was, a resident of Louisville, Jefferson County, Kentucky.

2. Defendant, Costco Wholesale Corporation ("Costco") is a foreign corporation or partnership with their headquarters located at 999 Lake Drive, Issaquah, WA 98027, registered with the Kentucky Secretary of State to do business in the Commonwealth of Kentucky, and at all times mentioned herein were conducting business in the Commonwealth of Kentucky. Said Defendant's registered agent for service of process is C T CORPORATION SYSTEM, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3. Unknown Defendants, include, but are not limited to, contractors, subcontractors, independent contractors, or any other person who has exercised control over said premises or who may or may not have contributed to the hazardous condition of the premises located at 5020 Norton Healthcare Blvd., Louisville, Jefferson County, Kentucky 40241, including, but not limited to, maintenance, construction, management, or supervision of or to said property or who has exerted any other control over said property.

4. Defendants, Unknown Employee of Costco and Unknown Defendants, were employed in Jefferson County, Kentucky and/or conducted business in Jefferson County at all times described herein.

5. That on or about April 3, 2017, the Plaintiff, Steven Nelson, was on the premises owned, leased, controlled, managed and/or maintained by one or more of the Defendants, believed to be the Costco store located at 5020 Norton Healthcare Blvd., Louisville, KY 40241, with said Defendants' express and/or implied permission as a customer/patron of the Costco store located at 5020 Norton Healthcare Blvd., Louisville, KY 40241.

6. That Defendants, by and through agents, servants, and employees, negligently failed to maintain the premises, wherein the Plaintiff was injured, in a reasonably safe condition, negligently failed to protect the Plaintiff, negligently failed to warn the Plaintiff of the dangerous conditions on said premises, negligently created a dangerous and hazardous condition, negligently failed to fix or repair a known dangerous and hazardous condition, negligently failed to exercise proper control over its motorized carts, negligently failed to follow applicable safety codes, statues and ordinances, and otherwise acted negligently in the maintenance of the premises which was a substantial factor in causing the Plaintiff to be injured on or about April 3, 2017.

7. While on subject property, Plaintiff suffered a fall that was due to no fault of his own. Specifically, Plaintiff was exiting the store while riding on a Costco provided motorized handicapped cart which tipped over the edge of the concrete sidewalk of which he was unaware until after falling. Plaintiff had no warning or reason to know of the dangerous condition on the outside the store entrance.

8. Upon information and belief, prior to Plaintiff's accident on the handicap cart, employees, agents, servants, or independent contractors of Defendants were aware of the dangerous condition on the subject property.

9. The Unknown Defendants were a substantial factor in causing Plaintiff's injuries.

10. The Defendant, Costco, is liable for the negligence of any of its agents, employees, and/or independent contractors described herein.

11. The Defendants herein negligently failed to protect the Plaintiff from injury.

12. If the Unknown Defendant described herein was not an agent or employee of Defendant, Costco, then the Plaintiff also asserts this Complaint against any and all unknown defendants who employed the unknown individual.

13. The Defendants herein negligently caused the injuries to the Plaintiff which are described herein.

14. As a direct and proximate result of the negligence of the Defendants, the Plaintiff was injured in, on and about his body, both temporarily and permanently; incurred medical expenses and will so in the future; was caused to suffer great pain, both mental and physical, past and future to his detriment; all to his damage in an amount which exceeds the jurisdictional minimum of this court.

Wherefore, Plaintiff demands as follows:

1. Judgment against the Defendants in an amount which will fairly and reasonably compensate the Plaintiff for his damages herein;
2. Trial by jury;
3. Plaintiff's costs herein expended; and
4. Any and all other relief which the Plaintiff may appear to be entitled, including the right to amend this Complaint, if necessary.

Respectfully submitted,

_____
Alexander C. Wilson

WILSON LAW OFFICE
2721 Taylorsville Road
Louisville, Kentucky 40205
502-489-2424
*Attorney for Plaintiff*