UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STEVEN NELSON ) | |
| ) | |
| PLAINTIFF ) | Civil Action No. 3:18-cv-278-BJB-RSE |
| ) | |
| v. ) | |
| ) | |
| COSTCO WHOLESALE ) | |
| CORPORATION, ET AL. ) | Removed From: |
| ) | |
| ) | Jefferson Circuit Court, Division 3 |
| DEFENDANTS ) | Case No. 18-CI-1813 |
| ) | |

MOTION FOR SCHEDULING RELATED TO ORAL ARGUMENT

**********

Comes the Plaintiff, through counsel requests the court set a date for oral arguments relating to previously filed motions in this matter.

Counsel for defendant previously requested oral arguments in two motions field in this case. *See* Doc [59-1], p. 14; Doc [60], p. 13. Plaintiff wishes to clarify the court's ongoing position regarding these oral arguments and schedule the same if appropriate.

Respectfully submitted,

/s/Rob Astorino, Jr.
Matthew Stein
Rob Astorino Jr.
STEIN WHATLEY ATTORNEYS, PLLC
2525 Bardstown Road, Suite 101
Louisville, KY 40205
(502) 553-4750
(502) 459-2787 (f)
mstein@steinwhatley.com
rastorino@steinwhatley.com

CERTIFICATE OF SERVICE

1

I hereby certify that on February 1st, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Rob Astorino, Jr.
Rob Astorino Jr.