# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **STEVEN NELSON** | **PLAINTIFF** |
| v. | No. 3:18-cv-278-BJB-RSE |
| **COSTCO WHOLESALE CORPORATION, ET AL.** | **DEFENDANT** |

\* \* \* \* \*

## JUDGMENT

In light of Defendant Costco Wholesale Corporation's motion for summary judgment and the Court's opinion granting that motion, the Court enters **JUDGMENT** in favor of the Defendant.

This is a final and appealable order.

Benjamin Beaton, District Judge
United States District Court

June 16, 2021

cc: counsel of record