UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| STEVEN NELSON | ) | |
| | ) | |
| PLAINTIFF | ) | Civil Action No. 3:18-cv-278-BJB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION, ET AL. | ) | Removed From: |
| | ) | |
| | ) | Jefferson Circuit Court, Division 3 |
| DEFENDANTS | ) | Case No. 18-CI-1813 |
| | ) | |

## NOTICE OF APPEAL

Please take notice that the plaintiff, Steven Nelson, by counsel, hereby appeals the Memorandum Opinion and Order and the corresponding Judgment entered by this Court on June 16, 2021 to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/Rob Astorino, Jr.
Matthew W. Stein
Rob Astorino, Jr.
2525 Bardstown Road, Suite 101
Louisville, KY 40205
(502) 5534750
(502) 459-2787 (f)
mstein@steinwhatley.com
rastorino@steinwhatley.com

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Rob Astorino, Jr.
Rob Astorino, Jr.

1