UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-5666
_____

Filed: February 18, 2022

STEVEN NELSON

      Plaintiff - Appellant

v.

COSTCO WHOLESALE CORPORATION; UNKNOWN DEFENDANTS; UNKNOWN EMPLOYEE OF COSTCO

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/26/2022 the mandate for this case hereby issues today.


 COSTS: None

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 18, 2022

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

      Re: Case No. 21-5666, *Steven Nelson v. Costco Wholesale Corporation, et al*
           Originating Case No. 3:18-cv-00278

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Robin L Baker, Case Manager for
                                      Julie A. Connor, Case Manager
                                      Direct Dial No. 513-564-7033

cc: Mr. Robert L. Astorino Jr.
     Mr. Donald K. Brown Jr.
     Ms. Morgan Kathleen Mottley

Enclosure